UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.__________–Civ–__________/__________

PATRICIA ROMAGUERA,

Plaintiff,

vs.

CARNIVAL CORPORATION,

Defendant.

____________________________________/

COMPLAINT

Plaintiff, Patricia Romaguera, sues Defendant, Carnival Corporation, and alleges:

1. This is a negligence action in which the Plaintiff alleges that the Defendant's negligence caused the Plaintiff to trip and fall and sustain bodily injuries. This case falls within the Court's diversity-of-citizenship jurisdiction.

2. The Plaintiff is a citizen of Louisiana.

3. The Defendant is a corporation incorporated under the laws of the Republic of Panama. The Defendant's principal place of business is in Florida.

4. The amount in controversy, without interest and costs, exceeds $75,000.

5. The passenger ticket the Defendant sold the Plaintiff contains a forum-selection clause that says that actions such as this may be filed only in Miami, in the United States District Court for the Southern District of Florida.

6. The Plaintiff has performed all conditions precedent to be performed by the Plaintiff or the conditions have occurred.

7. On or about May 14, 2016, the Plaintiff was a fare-paying passenger aboard *Carnival Dream,* a cruise ship owned and operated by the Defendant.

8. At that time and place the Defendant owed the Plaintiff a duty of reasonable care.

9. At that time and place the Defendant breached its duty by causing or permitting an area of the flooring in stateroom 6432 to be raised or uneven, so that the Plaintiff tripped and fell, or the Defendant breached its duty of care in other ways that will be determined through discovery.

10. The negligent condition was created by the Defendant, or was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it, or the condition occurred with regularity and was therefore foreseeable.

11. In the alternative, the Defendant breached its duty of care by negligently operating its business by failing to implement reasonable procedures for inspecting passenger areas for hazards.

12. As a result, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

Therefore, the Plaintiff demands judgment against the Defendant for more than $75,000, plus costs, and the Plaintiff demands a jury trial.

Dated: May 5, 2017.

Respectfully submitted,
**s/David W. Singer**

David W. Singer (Florida Bar No. 306215)
E-mail: dsingeresq@aol.com;
pwalsh@1800askfree.com
David W. Singer & Assoc., PA
1011 South Federal Highway
Hollywood, FL 33020
Tel: (954) 920-1571
Fax: (954) 926-5746
Attorney for Plaintiff